# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY SEAN NEAL,<br><br>    Defendant. | No. CR08-3025-MWB<br><br>**ORDER REGARDING DEFENDANT'S *PRO SE* MOTION FOR REDUCTION OF SENTENCE** |

_____

On March 10, 2009, defendant Timothy Sean Neal was sentenced to 144 months incarceration after pleading guilty to a charge of conspiring to possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846, and 851. He is currently incarcerated at FPC Yankton, Yankton, South Dakota. This case is before the court on defendant Neal's *pro se* Motion For Reduction of Sentence (Dkt. No. 31). The prosecution has filed a response to defendant Neal's motion in which it indicates that it will not be filing a Rule 35(b) motion in this case. Rule 35(b) permits the prosecution to move to reduce a defendant's sentence under certain circumstances. See United States v. Marks, 244 F.3d 971, 974-75 (8th Cir. 2001). The prosecution generally is under no obligation to file a Rule 35(b) motion. The court may not review the prosecution's refusal to file a rule 35(b) motion unless its refusal is premised on an unconstitutional motive, such as race or religion, or the government has bargained away its discretion. *Id*. Neal does not contend that the prosecution's failure to file was based on an unconstitutional motive. Therefore, defendant Neal's *pro se* Motion For Reduction of Sentence is denied.

**IT IS SO ORDERED.**

**DATED** this 7th day of April, 2011.

                                              MARK W. BENNETT
                                              U. S. DISTRICT COURT JUDGE
                                              NORTHERN DISTRICT OF IOWA